**Tracy Lee (Kruse) PRINZING, Appellant,**

v.

**Timothy John KRUSE, Respondent.**

**No. WD 63192.**

Missouri Court of Appeals, Western District.

June 22, 2004.

Elvin S. Douglas, Jr., Harrisonville, MO, for appellant.

James M. Humphrey, IV, Kansas City, MO, for respondent.

Before JOSEPH M. ELLIS, C.J., THOMAS H. NEWTON and LISA WHITE HARDWICK, JJ.

**546**

## ORDER

PER CURIAM.

Ms. Prinzing filed a motion to modify the parenting time established in the original divorce decree. She asserts that the trial court erred in requiring that she show a substantial and continuing change in the circumstances of the children or their custodial parent to modify the parenting time.

For the reasons explained in the memorandum furnished to the parties, we affirm the judgment of the motion court. Rule 84.16(b).